UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOSE ANGEL ROJAS CANELON, | |
| Petitioner, | |
| v. | CAUSE NO. 3:25-CV-1064-CCB-SJF |
| BRIAN ENGLISH, DOUGLAS THOMPSON, JILLIAN TREMBLE, KRISTI NOEM, and PAMELA BONDI, | |
| Respondents. | |

## ORDER

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted, ordering respondents to provide Jose Angel Rojas Canelon with a bond hearing within 14 days of that order, affording him all rights contained in 8 U.S.C. § 1226 and corresponding regulations. ECF 16. Respondents report that the petitioner has since received a bond hearing and has been released from the detention facility. ECF 18. The court, therefore, **DIRECTS** the clerk to enter judgment and to close this case.

SO ORDERED on March 3, 2026.

/s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT